# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| HOUSING AND REDEVELOPMENT INSURANCE EXCHANGE | : | No. 301 MAL 2016 |
| | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| COUNTY OF LACKAWANNA AND JOSEPH P. DURKIN | : | |
| | : | |
| COUNTY OF LACKAWANNA | : | |
| | : | |
| v. | : | |
| | : | |
| DOMINICK VERRASTRO, HOUSING AND REDEVELOPMENT INSURANCE EXCHANGE AND FOXCO INSURANCE MANAGEMENT SERVICES, INC. AND JOSEPH P. DURKIN, INDIVIDUALLY AND T/D/B/A JD INSURANCE CONSULTANTS | : | |
| | : | |
| PETITION OF: LACKAWANNA COUNTY | : | |
| HOUSING AND REDEVELOPMENT INSURANCE EXCHANGE | : | No. 302 MAL 2016 |
| | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| COUNTY OF LACKAWANNA AND JOSEPH P. DURKIN | : | |
| | : | |
| COUNTY OF LACKAWANNA | : | |
| | : | |
| v. | : | |
| | : | |
| DOMINICK VERRASTRO, HOUSING | : | |

AND REDEVELOPMENT INSURANCE  :
EXCHANGE AND FOXCO INSURANCE  :
MANAGEMENT SERVICES, INC. AND  :
JOSEPH P. DURKIN, INDIVIDUALLY  :
AND T/D/B/A JD INSURANCE  :
CONSULTANTS  :
  :
  :
PETITION OF: LACKAWANNA COUNTY  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.